■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER RIGGANS, Appellant. [682 NYS2d 912] —Appeal by the defendant from two judgments of the County Court, Westchester County (LaCava, J.), both rendered June 13, 1997.

Ordered that the judgments are affirmed (*see, People v Pellegrino,* 60 NY2d 636; *People v Lopez,* 71 NY2d 662). Mangano, P. J., Joy, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER RODRIGUEZ, Appellant. [682 NYS2d 912] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (DeLury, J.), rendered November 16, 1995, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly granted the People's challenge for cause (*see,* CPL 270.20 [1] [b]; *People v Blyden,* 55 NY2d 73, 77-78).

The defendant's contention that the prosecutor's remarks in summation require reversal, as well as the issues raised in his supplemental *pro se* brief are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818; *People v Miller,* 183 AD2d 790, 791), and, in any event, without merit. Mangano, P. J., O'Brien, Krausman and Goldstein, JJ., concur.